Cause No. 015-00065 C.U

Trial Court No. 2011-57020

In The Court Of Appeals For The First District
Of Texas At Houston
En Banc

Meria James Bradley Appellant

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

OCT 16 2015

CHRISTOPHER A. PRINE
CLERK

U.

Robert R. Acithur Appellee

On Appeal For The 80Th District Court Of
Harris County, Texas

# Appellant Oral Argument Brief

Meria James Bradley
Pro Se Counsel
#1837524   18-R-32
Allan B. Polunsky
3872 FM 350 South
Livingston. Texas 77351

# PSALM 133

Behold. how good and How pleasant it is for "brethren to dwell "together in unity!

It is like 'the precious ointment upon the head. that ran down upon the beard, even Aaron's beard; that went down to the skirts of his garments; As the dew of Hermon. and as the dew that desended upon the Mountains of Zion? for there the Lord Commanded the blessing, even Life for evermore I AM That I AM. EYE know who you are. You who hold the Gavel and Stand on the Right Hand of the Father in this image. The image of the Son. I the Son. I being my Mothers only with this Light and She being A Widow! This Squeth Her Son the Widows Son. You are the image of GOD in the form of Jesus Siting as the Judge on the Right Hand of the Father At 3 o Clock and the Jury is the Twelve Discilpes. Try Me Now Upon This Camel abeloued Corner Stone. I have not rejected You. I come now with Brief that Latin Maxim is to Say. Where have you Placed The Baby" Was it not Said to the Guard who Guarded Jesus Tomb when He Risen and The Stone had rolled Away. He declared Due Guard then even. Now. I AM before GOD in This Matter to Take Back From Saten what He has taken From Me. I Meria Jammes Bradley. The Pro Se Appellant do repent of my Transaressions And Trespasses after I have Forgiven Those. Those who Trespass against Me. Here Now Hold The Gavel IN The Hand Just As Judah will not have A Letter of Law depart From it and Just As I present For Your Jurisprudance Judge The Following:

To The Honorable Chief Justice Sherry Radack and Terry Jennings, Evelyn keyes, Laura Carter Hacley, Jane Bland. Michael Massengale. Harvey Brown Rebeca Huddle. Russell Lloyd. Justices of the Court of Appeals First Dist of Texas Now The Appellant Stand before This Court in fairness of A Pro Se Counsel having the Same Rights Under the 6th and 14th of the United States Constitution AS A pay or Appointer Counsel. once the State has created this Right to Due Process and has recognized that deprivation of such Rights is A Sanction Authorized for misconduct. This Interst has real substance and is sufficiently Embraced Within The Six and Fourtveenth Amendment of Due Process

Appellant's Argument is the Evidence in his Brief before the Court will Show that the Judge Applied Animproper Standard that is IN Conflict with the Ruling of This Court and Other Courts of Texas Courts of Appeals and Statutes that Govern the ways required to establish Adverse Possession Noted The Court over Looked The "Fact" that Adverse Possession IS not about who uses The Property More or For Better Purposes, But about Whether ONE Party OUSTS Another For His Legally Held Land: In other words EXCCusive Possession by Claimant without Proof that they was giving the Land and the Court Knew that the Evidence was Insufficiency to Support the Court Judgment. This is why the Court did not have No Finding of Fact and Conclusion of Law to Support the Court Judgment. Note: The Appellant States that this was A Judicial Activism misConduct. Because This Judge Allowed his personal

Views To make this Judgment. Ignore the Statutes and this Court Ruling what you Should Do to Estabish Adverse Possession See Case 213 Sw3d 913-14. Tex. App-Houston 1st. Dist 2004-1Adverse Possession-key-114 (1) Evidence that every one believed that I was the own of that Land and I Built A House For my Tool and worked Four Business on that Land and I Also enjoyed the use of that Land and The Appellant and His Mother been on this Land since 1989. Appelland Contents that the Judge Judgment is inconflict with the Tex. App. Texar Kans 2006. 202 Sw3d, 427-26 Adverse Possession-key-58 (1) Stated when A person in Possession of Land is shown to have used and enjoyed it as an owner of Land usually does. The natural inference is that Possession was taken and held for such person as owner and that is therefore inconsistent with and Hostile to the Claim of Another; and payment of Taxes can be evidence of A Claim of ownership.

Noted: The Appellant is Requesting the Court to take the Time out and Just Look at the Evidence in the Appellant Brief the Evidence will Show that the Third Party Claim of ownership Clerly Alleged A flasifieation of Documents. They Are Forged see Exhihibit A. B. D. Will Show that The Third Party is not Tell the True. Note: The Date on the Standard Land Surey is the 7 day of May of 2007 So the Court can see that the Third Party has been truing to Five the owner of this Land For over 4 years Now the Third Party is not tell the True about been on this Land For over 25 years the Evidence of the Exhihibit By-Laws Show that He became Pastor of that Church in 1998. Noted the Appellant Request that the Court Look at these Two Addressand

2

For the Third Party to say someone Just up out the Blue Sky and told them that they Could have This Land is not the True. Noted We have Two Address for the Appellee one is where the Appellant Pay 350.00 dollars to the Court to Serve Robert F. Authur With A Citation at His First Residence at Evergeen Drive Sterling MA. 01564-2202. But the Court Could not Five Him at this Address IN the year of 2011 and the Appellant ask the Court to give His money Back to him But was denied By the Court.

Noted Now the Church has A NEW Address For the Appellee it is Now 255 Massachusetts Ave. Apt 619 Boston Ma. 02115 and His Phone number is (617) 595-6402. See Exhibit B. The Can see that this is all made up by the Third Party. The Court See that the Appellant did write the Appellee at this Address But the Letter was Return to Sender. Note Now the Appellant is Requesting the Court to make the Phone Call to the Appellee at 617-595-6402. To see is the Third Party is telling the True. This Request is Made As A Pro se Counsel with the Same Rights to Due Process under 6th and 14th Amendment of the United States Constitution as A pay or Appointed Counsel.

Final: Substantive Procedural Due Process questions are traditionally examined in Two Steps: The First question is whether there exists A Liberty or Property Interest which has been infered with the State U.S.L.A. Const. Amend 14 Vernon's Ann Texas Const. Art. 1 sec. 19.

Noted This Court holding Mandating the foregoing Procedures for determinations Conflicts with Decisions of other Court and to

Government Consisting of the Court whose function is to Ensure Justice by Interpreting Applying and generally Administering the Law.

## Certificate OF Service

A True and Correct Copy of the foregoing Document was deposited in an official depository of the United States Postal Service in A postage Paid wrapped properly addressed to the following

Robert R. Authur at 11 Evergreen Dr. Starling Ma. 015 64 2202
Don R. Caggins Sr. 2030 North Loop West. Ste 285
Houston. Texas 77018.
ISI Maria Jame Bradler
on Oct 12. 2015

## Certificate of Compliance

This Brief Contains 1600 Words and is in Compliance with Tex. R. App. P. 94

ISI Maria James Bradley
on Oct 12. 2015
Pro Se Counsel

# Prayer

You Enter Your Chamber upon The Integrity of This Square of Truth As The Image of GOD In The Word Jesus Christ And Justice Hour is Now Set after High Noon By Jethro This Judicial SYSTEM was Given Charge in The Law of Judge Under Exodus 23:1 To Grand Me Relief based upon what is Right and True not in Your OWN EYE But The EYE OF GOD To VACATE The Judgment in this case and in That Prayer. Should I Say more...

Our Father Which Art In Heaven Hollow be Thy Name Thy Kingdom Come Thy Will Be Done On Earth As It IS IN Heaven Give Us THis Day Our Dailey Bread And Forgive US Our THis Day Our Dailey Bread And Forgive us our Trespasses As We Forgive THose Who Trespass Against US. Lead US Not Into Templation But Deliver Us From Evil. For THine IS The Kingdom And The Power And The Glorn For ever and Ever Amen.

4

Menia James Bradley
#1837594 19-R-32
Allan B. Polunsky
3872 FM 350 South
Livingston, Texas 77351

NORTH HOUSTON TX 773

05 OCT 2015 PM 9 L

Clerk''

Vr- Special

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

OCT 16 2015

CHRISTOPHER A. PRINE
CLERK _____

Court of Appeals, First District
301 Fannin Street,
Houston, Texas 77002-2066